**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF WASHINGTON

Case number *(if known)* _____  Chapter **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy       4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Lodge Holdings Company** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | DBA **Downtown Lodge, LLC: EIN 47-1612963** <br> DBA **Kirkland Lodge, LLC: EIN 45-4238503** <br> DBA **Greenwood Lodge, LLC: EIN 47-3515054** <br> DBA **Stadium Lodge, LLC: EIN 46-1387218** <br> DBA **Mill Creek Lodge, LLC: EIN 47-1618368** <br> DBA **Mukilteo Lodge, LLC: 27-0986699** <br> DBA **Charlie's on Broadway, LLC: EIN 47-5133644** <br> DBA **Sammamish Lodge, LLC: EIN 81-3573903** <br> DBA **West Seattle Lodge, LLC: EIN 47-5044309** <br> DBA **Renton Lodge, LLC** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-4793314** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **9910 Marine View Dr** <br> **Mukilteo, WA 98275** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Snohomish** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **thelodgesportsgrille.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

Case 16-15814-TWD    Doc 1    Filed 11/18/16    Ent. 11/18/16 14:59:30    Pg. 1 of 40

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    7225

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
| --- | --- | --- | --- |
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor _____ | | Relationship _____ |
| --- | --- | --- | --- |
| | District _____ | When _____ | Case number, if known _____ |

**11.  Why is the case filed in  *this district?***    *Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
Contact name _____
Phone _____

---

■ **Statistical and administrative information**

**13.  Debtor's estimation of available funds**    .   *Check one:*

■  Funds will be available for distribution to unsecured creditors.

☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.  Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.  Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 18, 2016**
               MM / DD / YYYY

**X** **/s/ Shawn Roten**                                      **Shawn Roten**
      Signature of authorized representative of debtor          Printed name

Title    **President**

**18. Signature of attorney**

**X** **/s/ Larry Feinstein**                        Date    **November 18, 2016**
      Signature of attorney for debtor                        MM / DD / YYYY

**Larry Feinstein**
Printed name

**Vortman & Feinstein**
Firm name

**520 Pike Street, Suite 2250**
**Seattle, WA 98101**
Number, Street, City, State & ZIP Code

Contact phone    **(206) 223-9595**          Email address    **feinstein1947@gmail.com**

**6074**
Bar number and State

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Lodge Holdings Company** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **Schedules I and J**

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on | **November 18, 2016** | X /s/ Shawn Roten |
|---|---|---|
| | | Signature of individual signing on behalf of debtor |
| | | **Shawn Roten** |
| | | Printed name |
| | | **President** |
| | | Position or relationship to debtor |

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| | |
|---|---|
| Debtor name | **Lodge Holdings Company** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF WASHINGTON** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CBC Partners I, LLC Attn: Registered Agent 777 108th Ave NE, Ste 1895 Bellevue, WA 98004-5143 | | | | $850,000.00 | $0.00 | $850,000.00 |
| DHS/ICE Investigations Attn: Eric Seminara, Auditor 1000 2nd Ave, Ste 2300 Seattle, WA 98104 | | | Disputed | | | $860,900.00 |
| ESD Account Management Center PO Box 9046 Olympia, WA 98507 | | | | | | $270,000.00 |
| Internal Revenue Service Centralized Insolvency PO Box 7346 Philadelphia, PA 19101 | | Federal Tax Lien filed August 2016 | Disputed | $1,950,000.00 | $0.00 | $1,950,000.00 |
| KTRI Investments LLC Attn: Keith Prunella 16205 Larch Way Lynnwood, WA 98087 | | | | | | $220,000.00 |
| Tonnu Portfolio, LLC Attn: Vien Bui 15327 4th Ave W Lynnwood, WA 98087 | | | | | | $750,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **WA Department of Revenue**<br>**2101 4th Ave Ste 1400**<br>**Seattle, WA 98121** | | | **Disputed** | | | **$750,000.00** |
| **WA Dept of Labor & Industries**<br>**Bankruptcy Unit**<br>**PO Box 44171**<br>**Olympia, WA 98504** | | | **Disputed** | | | **$88,000.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

Case 16-15814-TWD Doc 1 Filed 11/18/16 Ent. 11/18/16 14:59:30 Pg. 7 of 40

Debtor name    **Lodge Holdings Company**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF WASHINGTON

Case number (if known)  _____

☐ Check if this is an
amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

### Part 1:    Summary of Assets

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...........................................................................................................    $            0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*......................................................................................................    $      1,067,495.21

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................................................    $      1,067,495.21

### Part 2:    Summary of Liabilities

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $      2,800,000.00

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $      1,968,900.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................    +$      970,000.00

4.  Total liabilities .............................................................................................................................
   Lines 2 + 3a + 3b

   $      5,738,900.00

Debtor name **Lodge Holdings Company**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.  **Cash on hand** | **$5,400.00** |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Homestreet Bank - Mukilteo Lodge Operating Account** | **Checking** | **8994** | $124.80 |
| 3.2. | **Homestreet Bank - Mukilteo Lodge Tax Account** | **Checking** | **8042** | $25.00 |
| 3.3. | **Homestreet Bank - Kirkland Lodge Operating Account** | **Checking** | **1194** | $140.42 |
| 3.4. | **Homestreet Bank - Kirkland Lodge Tax Account** | **Checking** | **8134** | $25.00 |
| 3.5. | **Homestreet Bank - Stadium Lodge Operating Account** | **Checking** | **0432** | $1,002.71 |
| 3.6. | **Homestreet Bank - Stadium Lodge Tax Account** | **Checking** | **7408** | $25.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| | | | | |
|---|---|---|---|---|
| 3.7. | **Homestreet Bank - Downtown Lodge Operating Account** | **Checking** | **9703** | **$0.00** |
| 3.8. | **Homestreet Bank - Downtown Lodge Tax Account** | **Checking** | **5957** | **$25.00** |
| 3.9. | **Homestreet Bank - Mill Creek Lodge Operating Account** | **Checking** | **1208** | **$114.48** |
| 3.10. | **Homestreet Bank - Mill Creek Lodge Tax Account** | **Checking** | **4475** | **$25.00** |
| 3.11. | **Homestreet Bank - Greenwood Lodge Operating Account** | **Checking** | **8998** | **$337.80** |
| 3.12. | **Homestreet Bank - Greenwood Lodge Tax Account** | **Checking** | **1657** | **$25.00** |
| 3.13. | **Wells Fargo Bank - Mukilteo Lodge** | **Checking** | **5663** | **$25.00** |
| 3.14. | **Wells Fargo Bank - Kirkland Lodge** | **Checking** | **0064** | **$25.00** |
| 3.15. | **Wells Fargo Bank - Stadium Lodge** | **Checking** | **0098** | **$25.00** |
| 3.16. | **Wells Fargo Bank - Downtown Lodge** | **Checking** | **0080** | **$25.00** |
| 3.17. | **Wells Fargo Bank - Mill Creek Lodge** | **Checking** | **1337** | **$25.00** |
| 3.18. | **Wells Fargo Bank - Greenwood Lodge** | **Checking** | **8273** | **$25.00** |
| 3.19. | **Wells Fargo Bank - West Seattle Lodge** | **Checking** | **0098** | **$25.00** |
| 3.20. | **Wells Fargo Bank - Renton Lodge** | **Checking** | **8265** | **$25.00** |

| 3.21. | **Wells Fargo Bank - Lodge Holding Company** | Checking | 8257 | $25.00 |
|---|---|---|---|---|

**4.**　　**Other cash equivalents** *(Identify all)*

**5.**　　**Total of Part 1.**

| | $7,495.21 |
|---|---|

　　Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**　　**Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

　　■ No. Go to Part 3.
　　☐ Yes Fill in the information below.

**Part 3:**　　**Accounts receivable**

**10. Does the debtor have any accounts receivable?**

　　■ No. Go to Part 4.
　　☐ Yes Fill in the information below.

**Part 4:**　　**Investments**

**13. Does the debtor own any investments?**

　　■ No. Go to Part 5.
　　☐ Yes Fill in the information below.

**Part 5:**　　**Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

　　☐ No. Go to Part 6.
　　■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Kitchen Inventory for All Locations** | | $185,000.00 | N/A | $185,000.00 |
| | **Bar Inventory for All Locations** | | $575,000.00 | N/A | $575,000.00 |

**20.**　　**Work in progress**

**21.**　　**Finished goods, including goods held for resale**

**22.**　　**Other inventory or supplies**

**23.**　　**Total of Part 5.**

| | $760,000.00 |
|---|---|

　　Add lines 19 through 22. Copy the total to line 84.

**24.**　　**Is any of the property listed in Part 5 perishable?**
　　■ No

☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ■ No
      ☐ Yes. Book value _____    Valuation method _____    Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

      ■ No.  Go to Part 7.
      ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

      ■ No.  Go to Part 8.
      ☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

      ■ No.  Go to Part 9.
      ☐ Yes Fill in the information below.

| Part 9: | Real property |

54. **Does the debtor own or lease any real property?**

      ■ No.  Go to Part 10.
      ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |

59. **Does the debtor have any interests in intangibles or intellectual property?**

      ■ No.  Go to Part 11.
      ☐ Yes Fill in the information below.

| Part 11: | All other assets |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

      ☐ No.  Go to Part 12.
      ■ Yes Fill in the information below.

                                                                         **Current value of
                                                                         debtor's interest**

71.   **Notes receivable**
      Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                          Best Case Bankruptcy

| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**Kitchen Equipment, Cookery, Appliances, Furniture, Tables, TVs, Point of Sale Systems, Computers, and all other assets** | **$300,000.00** |

| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$300,000.00** |
|---|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $7,495.21 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $760,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $300,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,067,495.21 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,067,495.21 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                            Best Case Bankruptcy

Debtor name  **Lodge Holdings Company**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF WASHINGTON

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>Amount of claim<br><br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **CBC Partners I, LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien | $850,000.00 | $0.00 |

**2.1** **CBC Partners I, LLC**
Creditor's Name

**Attn: Registered Agent**
**777 108th Ave NE, Ste 1895**
**Bellevue, WA 98004-5143**
Creditor's mailing address

Describe debtor's property that is subject to a lien          **$850,000.00**          **$0.00**

Describe the lien
_____

**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2** **Internal Revenue Service**
Creditor's Name

Describe debtor's property that is subject to a lien          $1,950,000.00          $0.00

**Federal Tax Lien filed August 2016**

**Centralized Insolvency**
**PO Box 7346**
**Philadelphia, PA 19101**
Creditor's mailing address

Describe the lien
_____

**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**     $2,800,000.00

---

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Lane Powell**<br>**1420 5th Ave, Ste 4200**<br>**Seattle, WA 98111** | Line __2.1__ | |

---

| | |
|---|---|
| Debtor name | **Lodge Holdings Company** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF WASHINGTON |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | | Total claim | Priority amount |
|---|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address **DHS/ICE Investigations Attn: Eric Seminara, Auditor 1000 2nd Ave, Ste 2300 Seattle, WA 98104** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ■ Disputed | | **$860,900.00** | **$860,900.00** |
| | Date or dates debt was incurred | Basis for the claim: | | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | | |
| **2.2** | Priority creditor's name and mailing address **ESD Account Management Center PO Box 9046 Olympia, WA 98507** | As of the petition filing date, the claim is: *Check all that apply.* ☐ Contingent ☐ Unliquidated ☐ Disputed | | **$270,000.00** | **$270,000.00** |
| | Date or dates debt was incurred | Basis for the claim: | | | |
| | Last 4 digits of account number Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset? ■ No ☐ Yes | | | |

Case 16-15814-TWD    Doc 1    Filed 11/18/16    Ent. 11/18/16 14:59:30    Pg. 17 of 40

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $750,000.00 | $750,000.00 |
|---|---|---|---|---|

**WA Department of Revenue**
**2101 4th Ave Ste 1400**
**Seattle, WA 98121**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $88,000.00 | $88,000.00 |
|---|---|---|---|---|

**WA Dept of Labor & Industries**
**Bankruptcy Unit**
**PO Box 44171**
**Olympia, WA 98504**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**WA State Tax Agencies**
**Office of the Attorney General**
**Bankruptcy & Collection Unit**
**800 5th Ave, Ste 2000**
**Seattle, WA 98104**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**Notice Only**

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $220,000.00 |
|---|---|---|---|

**KTRI Investments LLC**
**Attn: Keith Prunella**
**16205 Larch Way**
**Lynnwood, WA 98087**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $750,000.00 |
|---|---|---|---|

**Tonnu Portfolio, LLC**
**Attn: Vien Bui**
**15327 4th Ave W**
**Lynnwood, WA 98087**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Lodge Holdings Company | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **US ICE/DHS**<br>**Attn: Tiffany Tull**<br>**Office of the Chief Counsel**<br>**1000 2nd Ave, Ste 2900**<br>**Seattle, WA 98104** | Line __2.1__<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 1,968,900.00 |
| **5b. Total claims from Part 2** | 5b. | + $ | 970,000.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,938,900.00 |

Debtor name **Lodge Holdings Company**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest | **Stadium Lodge Location Commercial Lease** |
| State the term remaining | **Crossbeam Investments** |
| List the contract number of any government contract | **401 2nd Ave S, Ste 200** **Seattle, WA 98104** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | **Downtown Lodge Location Commercial Lease** |
| State the term remaining | **Executive Pacific** |
| List the contract number of any government contract | **400 Spring St** **Seattle, WA 98104** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest | **Greenwood Lodge Location Commercial Lease** |
| State the term remaining | **Limantzakis Properties** |
| List the contract number of any government contract | **704 NE Northlake Way, Ste 100** **Seattle, WA 98105** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **Mukilteo Lodge Location Commercial Lease** |
| State the term remaining | **Mukilteo Ridgewood** |
| List the contract number of any government contract | **7928 Mukilteo Speedway #200** **Mukilteo, WA 98275** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Mill Creek Lodge Location Commercial Lease**

State the term remaining

List the contract number of any government contract

**Octigon**
**PO Box 12977**
**Mill Creek, WA 98082**

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Kirkland Lodge Location Commercial Lease**

State the term remaining

List the contract number of any government contract

**Rosen Properties**
**PO Box 5003**
**Bellevue, WA 98009**

Debtor name **Lodge Holdings Company**

United States Bankruptcy Court for the: WESTERN DISTRICT OF WASHINGTON

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Shawn Roten & Beth Stewart** | **9910 Marine View Dr Mukilteo, WA 98275** | **CBC Partners I, LLC** | ☑ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Shawn Roten & Beth Stewart** | **9910 Marine View Dr Mukilteo, WA 98275** | **DHS/ICE Investigations** | ☐ D _____<br>☑ E/F __2.1__<br>☐ G _____ |
| 2.3 | **Shawn Roten & Beth Stewart** | **9910 Marine View Dr Mukilteo, WA 98275** | **ESD Account Management Center** | ☐ D _____<br>☑ E/F __2.2__<br>☐ G _____ |
| 2.4 | **Shawn Roten & Beth Stewart** | **9910 Marine View Dr Mukilteo, WA 98275** | **Internal Revenue Service** | ☑ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Shawn Roten & Beth Stewart** | **9910 Marine View Dr Mukilteo, WA 98275** | **KTRI Investments LLC** | ☐ D _____<br>☑ E/F __3.1__<br>☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Lodge Holdings Company** | Case number *(if known)* | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | Shawn Roten & Beth Stewart | 9910 Marine View Dr Mukilteo, WA 98275 | Tonnu Portfolio, LLC | ☐ D ____ ■ E/F __3.2__ ☐ G ____ |
| 2.7 | Shawn Roten & Beth Stewart | 9910 Marine View Dr Mukilteo, WA 98275 | WA Department of Revenue | ☐ D ____ ■ E/F __2.3__ ☐ G ____ |
| 2.8 | Shawn Roten & Beth Stewart | 9910 Marine View Dr Mukilteo, WA 98275 | WA Dept of Labor & Industries | ☐ D ____ ■ E/F __2.4__ ☐ G ____ |
| 2.9 | Shawn Roten & Beth Stewart | 9910 Marine View Dr Mukilteo, WA 98275 | WA State Tax Agencies | ☐ D ____ ■ E/F __2.5__ ☐ G ____ |

Case 16-15814-TWD    Doc 1    Filed 11/18/16    Ent. 11/18/16 14:59:30    Pg. 23 of 40



**1-1-2016 to 11-1-2016**

| | Mukilteo | Kirkland | Stadium | Downtown | Mill Creek | Greenwood | Total | |
|---|---|---|---|---|---|---|---|---|
| | 10 mos | 10 mos | 10 mos | 10 mos | 10 mos | 10 mos | 10 mos | |
| **SALES** | 1,716,597.15 | 1,469,339.56 | 1,084,452.30 | 1,592,894.62 | 1,329,399.02 | 1,105,974.19 | 8,298,656.84 | |
| Food | 877,589.68 51.1% | 782,321.45 53.2% | 559,798.07 51.6% | 761,851.94 47.8% | 670,363.60 50.4% | 570,801.26 51.6% | 4,222,726.00 | 50.9% |
| Beer | 425,977.90 24.8% | 345,641.43 23.5% | 289,660.28 26.7% | 462,843.71 29.1% | 332,929.07 25.0% | 308,810.86 27.9% | 2,165,863.25 | 26.1% |
| Liquor | 282,306.93 16.4% | 232,093.93 15.8% | 174,836.39 16.1% | 253,732.13 15.9% | 221,481.27 16.7% | 151,760.32 13.7% | 1,316,210.97 | 15.9% |
| Wine | 88,370.97 5.1% | 82,285.50 5.6% | 31,200.60 2.9% | 74,264.68 4.7% | 79,255.57 6.0% | 51,478.01 4.7% | 406,855.33 | 4.9% |
| NA Beverage | 41,566.29 2.4% | 26,728.81 1.8% | 28,531.14 2.6% | 39,341.76 2.5% | 24,987.35 1.9% | 22,635.09 2.0% | 183,790.44 | 2.2% |
| **COST OF GOODS SOLD** | | | | | | | | |
| Food/NA Bev | 315,544.89 | 276,412.16 | 200,677.90 | 289,859.03 | 248,839.57 | 207,018.46 | 1,538,352.01 | 34.9% |
| FSA | 253,901.88 | 224,088.98 | 160,401.34 | 222,861.89 | 200,619.61 | 166,902.57 | 1,228,776.26 | |
| Charlie's Produce | 57,883.66 | 48,517.59 | 36,817.16 | 60,083.99 | 44,776.82 | 37,251.42 | 285,330.63 | |
| Franz | | | | | | | | |
| Whidbey Misc | 3,759.35 | 3,805.59 | 3,459.40 | 6,913.16 | 3,443.14 | 2,864.47 | 24,245.12 | |
| Beer/Wine/Liquor | 240,924.41 | 189,004.09 | 142,063.25 | 212,763.25 | 193,095.21 | 160,642.75 | 1,138,492.96 | 29.3% |
| Columbia Youngs | 151,094.88 | 117,403.17 | 88,946.78 | 129,407.08 | 124,990.10 | 103,983.69 | 715,825.70 | |
| ABSW/Crown | 17,989.94 | 18,337.36 | 11,365.06 | 26,250.90 | 13,932.10 | 11,590.61 | 99,465.97 | |
| Odum | 29,096.32 | 26,962.38 | 17,297.01 | 24,769.51 | 22,533.31 | 18,746.26 | 139,404.80 | |
| Click | | | | | | | | |
| SWS | 30,812.92 | 16,089.27 | 16,212.56 | 21,265.14 | 23,862.71 | 19,852.24 | 128,094.84 | |
| Misc Brewers | 11,930.35 | 10,211.91 | 8,241.84 | 11,070.62 | 7,776.98 | 6,469.95 | 55,701.65 | |
| **TOTAL COGS** | 556,469.30 | 465,416.24 | 342,741.15 | 502,622.29 | 441,934.78 | 367,661.21 | 2,676,844.97 | 32.3% |
| **Gross Profit** | 1,160,127.85 | 1,003,923.32 | 741,711.15 | 1,090,272.33 | 887,464.24 | 738,312.98 | 5,621,811.87 | |
| **CONTROLLABLE EXPENSES** | | | | | | | | |
| **Payroll Expenses** | | | | | | | | |
| Tips | 290,091.76 | 248,255.87 | 184,472.24 | 276,337.64 | 228,136.89 | 189,165.61 | 1,416,460.01 | |
| Employee Wages | 504,126.82 | 439,009.27 | 342,337.73 | 470,983.90 | 401,050.44 | 344,707.82 | 2,502,215.98 | 30.2% |
| Management Cost | 73,813.68 | 63,181.60 | 46,631.45 | 68,494.47 | 57,164.16 | 47,556.89 | 356,842.24 | 4.3% |
| Health Ins | 11,930.35 | 14,619.93 | 10,790.30 | 15,849.30 | 13,227.52 | 11,004.44 | 77,421.84 | |
| **Total Payroll** | 589,870.85 34% | 516,810.80 35% | 399,759.48 37% | 555,327.67 35% | 471,442.12 35% | 403,269.16 36% | 2,936,480.07 | 35.4% |
| **Prime Costs** | 1,146,340.14 67% | 982,227.05 67% | 742,500.63 68% | 1,057,949.95 66% | 913,376.89 69% | 770,930.37 70% | 5,613,325.04 | 67.6% |
| **Direct Operating Expense** | | | | | | | | |
| Janitorial | 14,436.58 | 15,148.89 | 11,289.15 | 13,236.95 | 16,231.96 | 13,503.94 | 83,847.48 | |
| Eduardo/Victor | 14,436.58 | 15,148.89 | 11,289.15 | 13,236.95 | 16,231.96 | 13,503.94 | 83,847.48 | |
| Linen | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Office Supplies | 6,574.57 | 5,333.70 | 5,237.90 | 6,100.79 | 6,421.00 | 5,341.86 | 35,009.81 | |
| Costco/Office Depot | 6,574.57 | 5,333.70 | 5,237.90 | 6,100.79 | 6,421.00 | 5,341.86 | 35,009.81 | |
| Kitchen Supplies | 6,430.37 | 8,448.70 | 7,110.75 | 6,969.87 | 7,532.37 | 6,266.45 | 42,758.52 | |
| Employee paid supplies | 2,386.07 | 2,042.38 | 2,049.61 | 2,532.70 | 2,911.38 | 2,422.08 | 14,344.24 | |
| Bargreen | 4,044.30 | 6,406.32 | 5,061.14 | 4,437.17 | 4,620.99 | 3,844.37 | 28,414.29 | |
| Restaurant Supplies | 41,764.85 | 32,070.46 | 28,249.59 | 56,641.93 | 36,278.29 | 31,032.27 | 226,037.39 | |
| New C02 | 3,040.00 | 3,040.00 | 3,040.00 | 3,040.00 | 3,040.00 | 3,040.00 | 18,240.00 | |
| Tapman Services | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 6,000.00 | |
| Aromark | 36,700.85 | 27,006.46 | 23,185.59 | 51,577.93 | 31,214.29 | 25,968.27 | 195,653.39 | |
| Cintas Paper/Sam | 1,024.00 | 1,024.00 | 1,024.00 | 1,024.00 | 1,024.00 | 1,024.00 | 6,144.00 | |
| Apparel | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| **Total Op Expense** | 69,206.37 | 61,001.76 | 51,887.40 | 82,949.54 | 66,463.62 | 56,144.52 | 387,653.21 | |
| **Entertainment** | | | | | | | | |
| TV Direct Comcast Wav | 5,218.46 | 3,291.32 | 2,212.28 | 7,391.03 | 6,035.47 | 5,021.12 | 29,169.68 | |
| **Total Entertainment** | 5,218.46 | 3,291.32 | 2,212.28 | 7,391.03 | 6,035.47 | 5,021.12 | 29,169.68 | |
| **Marking** | | | | | | | | |
| Donations | 1,000.00 | 1,000.00 | 1,000.00 | 1,500.00 | 1,000.00 | 1,000.00 | 6,500.00 | |
| Advertising | 3,604.85 | 2,424.41 | 1,626.68 | 2,150.41 | 3,124.09 | 2,599.04 | 15,529.48 | |
| **Total Marketing** | 4,604.85 | 3,424.41 | 2,626.68 | 3,650.41 | 4,124.09 | 3,599.04 | 22,029.48 | |
| **Utilities** | | | | | | | | |
| PSE Gas Utilities | 10,488.41 | 8,977.66 | 4,457.10 | 9,732.59 | 9,584.97 | 7,974.07 | 51,214.80 | |
| PUD Electric Utilitie | 8,308.33 | 4,613.73 | 3,036.47 | 9,302.50 | 10,422.49 | 8,670.84 | 44,354.35 | |
| **Total Utilities** | 18,796.74 | 13,591.39 | 7,493.57 | 19,035.09 | 20,007.46 | 16,644.91 | 95,569.15 | |
| **Sales & Misc Tax** | | | | | | | | |
| Tax Fed Pmt Plan | 8,634.48 | 13,708.94 | 10,150.80 | 12,047.06 | 0.00 | 0.00 | 44,541.28 | |
| Retail Sales Tax ex pmts | 24,461.51 | 20,938.09 | 15,453.45 | 22,698.75 | 18,943.94 | 15,760.13 | | |
| **Total Tax** | 33,095.99 | 34,647.03 | 25,604.24 | 34,745.81 | 18,943.94 | 15,760.13 | 44,541.28 | |
| **Administrative & General Expense** | | | | | | | | |
| Credit Card Fee | | | | | | | | |
| Hartland | 33,422.15 | 30,077.38 | 21,548.07 | 31,013.66 | 25,883.40 | 21,533.32 | 163,477.97 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Bank Service Charges** | | | | | | | |
| Misc fee Bank, Tax, etc | 28,299.35 | 31,867.85 | 24,396.68 | 36,071.33 | 23,397.04 | 22,229.56 | 166,261.81 |
| **Accounting & Bookkeeping** | | | | | | | |
| Danta/Scott/Danielle | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 4,500.00 | 27,000.00 |
| **Legal** | | | | | | | |
| Foster Pepper/Coker | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 6,000.00 |
| **Licensing** | | | | | | | |
| Misc License & Permits | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Garbage** | | 10,200.00 | 9,210.00 | 7,720.00 | | | 27,130.00 |
| **Misc** | | | | | | | |
| Accent Table Lighting | 1,871.09 | 1,748.51 | 1,311.10 | 1,576.97 | 1,449.04 | 1,360.35 | 9,317.07 |
| Baker Commodities | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | 550.00 | |
| Nella Knife | 1,356.11 | 2,189.32 | 856.72 | 1,258.39 | 1,050.23 | 873.72 | 7,584.48 |
| Fire Alarm | 450.00 | 375.00 | 0.00 | 235.00 | 100.00 | 100.00 | 1,260.00 |
| Window Cleaning | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 2,700.00 |
| Storage Rent | 1,012.79 | 866.91 | 856.72 | 780.52 | 651.41 | 541.93 | 4,710.27 |
| **Phone & Internet** | | | | | | | |
| DMX | 249.50 | 249.50 | 249.50 | 249.50 | 249.50 | 249.50 | 1,497.00 |
| Comcast | 2,450.00 | 1,850.00 | 3,250.00 | 2,750.00 | 1,750.00 | 1,750.00 | 13,800.00 |
| **Equipment Lease** | | | | | | | |
| Vend Leasing | 0.00 | 5,083.91 | 2,667.75 | 3,918.52 | 4,067.96 | 3,384.28 | 19,122.43 |
| Alpine | | | | | | | |
| Auto Chlor | 8,800.00 | 8,600.00 | 7,500.00 | 8,850.00 | 8,500.00 | 8,500.00 | 50,750.00 |
| ***Total Administrative*** | 84,410.99 | 99,608.39 | 78,346.54 | 100,923.88 | 73,598.57 | 67,022.65 | 500,611.02 |
| **Maintenance** | | | | | | | |
| **Repairs & Maintenance** | | | | | | | |
| Misc Materials | 4,016.84 | 4,907.59 | 3,622.07 | 7,072.45 | 4,440.19 | 3,693.95 | 27,753.10 |
| Alta Services/Key Mech | 3,381.70 | 2,453.80 | 2,136.37 | 10,146.74 | 12,323.53 | 10,252.38 | 40,694.51 |
| **Building Maintenance** | | | | | | | |
| Jr/Ram/Diaz/Bob etc | 7,600.00 | 7,600.00 | 7,600.00 | 7,600.00 | 7,600.00 | 7,600.00 | 45,600.00 |
| ***Total Maintenance*** | 14,998.53 | 14,961.39 | 13,358.44 | 24,819.19 | 24,363.72 | 21,546.33 | 114,047.61 |
| **Misc Expense / Construction Balance** | | | | | | | |
| **Payback & Payment Plans** | | | | | | | |
| Misc (Greg/Derek/Dan | 55,806.57 | 50,618.75 | 4,977.64 | 23,431.48 | 44,548.16 | 4,987.94 | 184,370.54 |
| **Misc** | | | | | | | |
| *Construction New* | 75,000.00 | 60,000.00 | 50,000.00 | 85,000.00 | 60,000.00 | 0.00 | 330,000.00 |
| Capital One | 2,111.41 | 3,159.08 | 1,333.88 | 2,389.34 | 2,964.56 | 2,466.32 | 14,424.60 |
| ***Total Misc Lease etc*** | 132,917.99 | 113,777.83 | 56,311.51 | 110,820.82 | 107,512.72 | 7,454.27 | 528,795.14 |
| **TOTAL CONTROLLABLES** | 953,120.77 | 861,114.32 | 637,600.14 | 939,663.44 | 792,491.71 | 596,462.14 | 4,658,896.65 |
| **OCCUPANCY COSTS** | | | | | | | |
| Lease/NNN | 171,390.00 | 84,490.00 | 103,498.30 | 120,464.20 | 75,621.20 | 123,505.00 | 678,968.70 |
| **TOTAL OCCUPANCY** | 171,390.00 | 84,490.00 | 103,498.30 | 120,464.20 | 75,621.20 | 123,505.00 | 678,968.70 |
| **Total Operating Expe** | 1,680,980.06 | 1,411,020.56 | 1,083,839.59 | 1,562,749.93 | 1,310,047.68 | 1,087,628.35 | 8,014,710.32 |
| **Net Profit** | 35,617.09 | 58,319.00 | 612.71 | 30,144.69 | 19,351.34 | 18,345.84 | 162,390.66 |
| **Profit %** | 2.1% | 4.0% | 0.1% | 1.9% | 1.5% | 1.7% | 2.0% |

**Fill in this information to identify the case:**

Debtor name **Lodge Holdings Company**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF WASHINGTON**

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1: Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2016** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$8,298,676.00** |
| **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$10,123,873.60** |
| **For year before that:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$4,424,167.62** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2: List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Official Form 207     Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     page 1

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Elizabeth Stewart**<br>**9910 Marine View Dr**<br>**Mukilteo, WA 98275**<br>**Owner** | **Est. 2016**<br>**Annual**<br>**Income** | **$60,000.00** | |
| 4.2. **Shawn Roten**<br>**9910 Marine View Dr**<br>**Mukilteo, WA 98275**<br>**Owner** | **2016 Annual**<br>**Income** | **$60,000.00** | |

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

    ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
    List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

    ■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8.  **Assignments and receivership**
    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Greenwood, Seattle natural gas line explosion** | **Damages paid by insurance** | **March 9, 2016** | **$25,000.00** |

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Vortman & Feinstein**<br>**520 Pike Street, Suite 2250**<br>**Seattle, WA 98101** | **Attorney Fees.  $3500 paid for prepetition legal services and filing case;  $4000 paid and held in trust as a retainer for Ch. 11** | **11/18/16** | **$7,500.00** |
| | Email or website address<br>**feinstein1947@gmail.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Whyte's Shelter Storage**<br>**8040 40th Ave W**<br>**Mukilteo, WA 98275** | **Shawn Roten**<br>**9910 Marine View Dr**<br>**Mukilteo, WA 98275**<br><br>**Elizabeth Stewart**<br>**9910 Marine View Dr**<br>**Mukilteo, WA 98275**<br><br>**Rachel Pelco**<br>**948 6th St**<br>**Mukilteo, WA 98275**<br><br>**Shawn Roten, Jr.**<br>**3426 107th St SE**<br>**Everett, WA 98208** | **Building Supplies and**<br>**Maintenance Materials** | ☐ No<br>■ Yes |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■   No.
    ☐   Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■   No.
    ☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. Has the debtor notified any governmental unit of any release of hazardous material?

Case 16-15814-TWD    Doc 1    Filed 11/18/16    Ent. 11/18/16 14:59:30    Pg. 30 of 40

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Shawn Roten**<br>**9910 Marine View Dr**<br>**Mukilteo, WA 98275** | |
| 26a.2. | **Danta Chase Accountants**<br>**2720 Rucker Ave**<br>**Everett, WA 98201** | **Payroll Services,**<br>**2012 to Date** |
| 26a.3. | **Scott Hyde**<br>**Bauer Evans, Inc.**<br>**4229 76th St NE, Ste 102**<br>**Marysville, WA 98270** | **Tax Accounting**<br>**Services, 2013 to**<br>**Date** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Elizabeth Stewart | 9910 Marine View Dr Mukilteo, WA 98275 | Owner / Secretary and Treasurer | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Shawn Roten | 9910 Marine View Dr Mukilteo, WA 98275 | Owner / President | 50% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- | --- |
| 30.1. | Elizabeth Stewart 9910 Marine View Dr Mukilteo, WA 98275 | Est. $60,000 in Salary and Earnings | 2016 Annual Income | |
| | Relationship to debtor Owner | | | |
| 30.2. | Shawn Roten 9910 Marine View Dr Mukilteo, WA 98275 | Est. $60,000 in Salary and Earnings | 2016 Annual Income | |
| | Relationship to debtor Owner | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**Part 14:**   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 18, 2016**

**/s/ Shawn Roten**                           **Shawn Roten**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor      **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Western District of Washington

In re    **Lodge Holdings Company**                           Case No. _____

                                      Debtor(s)            Chapter    **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     ☐   **FLAT FEE**

        For legal services, I have agreed to accept ..................................   $   _____

        Prior to the filing of this statement I have received ..................   $   _____

        Balance Due .........................................................................   $   _____

     ☑   **RETAINER**

        For legal services, I have agreed to accept and received a retainer of ...........   $   **4,000.00**

        The undersigned shall bill against the retainer at an hourly rate of ..............   $   **425.00**
        [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved
        fees and expenses exceeding the amount of the retainer.

2.    The source of the compensation paid to me was:

        ☐ Debtor     ☑ Other (specify):     **$3500 received for prepetition legal services, preparation and filing Ch. 11.**
                                                        **$4,000 received and held in trust as a retainer for Ch. 11.**

3.    The source of compensation to be paid to me is:

        ☑ Debtor     ☐ Other (specify):

4.    ☑   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

        ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

        a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
        b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
        c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
        d.   [Other provisions as needed]
            **All matters generally attendant to a Chapter 11**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

In re   **Lodge Holdings Company**          Case No. _____

                   Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **November 18, 2016** | **/s/ Larry Feinstein** |
| *Date* | **Larry Feinstein 6074** |
| | *Signature of Attorney* |
| | **Vortman & Feinstein** |
| | **520 Pike Street, Suite 2250** |
| | **Seattle, WA 98101** |
| | **(206) 223-9595  Fax: (206) 386-5355** |
| | **feinstein1947@gmail.com** |
| | *Name of law firm* |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of Washington

In re    **Lodge Holdings Company**        Case No.
                                     Debtor(s)        Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Elizabeth Stewart**<br>**9910 Marine View Dr**<br>**Mukilteo, WA 98275** | | | **Owner/Sec. & Treasurer** |
| **Shawn Roten**<br>**9910 Marine View Dr**<br>**Mukilteo, WA 98275** | | | **Owner/President** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **November 18, 2016**                Signature    **/s/ Shawn Roten**

                                                                **Shawn Roten**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Western District of Washington

In re   **Lodge Holdings Company**                          Case No.

                                           Debtor(s)         Chapter     **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **November 18, 2016**                **/s/ Shawn Roten**

                                           **Shawn Roten/President**
                                           Signer/Title

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                 Best Case Bankruptcy

CBC PARTNERS I, LLC
ATTN: REGISTERED AGENT
777 108TH AVE NE, STE 1895
BELLEVUE, WA 98004-5143


CROSSBEAM INVESTMENTS
401 2ND AVE S, STE 200
SEATTLE, WA 98104


DHS/ICE INVESTIGATIONS
ATTN: ERIC SEMINARA, AUDITOR
1000 2ND AVE, STE 2300
SEATTLE, WA 98104


ESD ACCOUNT MANAGEMENT CENTER
PO BOX 9046
OLYMPIA, WA 98507


EXECUTIVE PACIFIC
400 SPRING ST
SEATTLE, WA 98104


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA, PA 19101


KTRI INVESTMENTS LLC
ATTN: KEITH PRUNELLA
16205 LARCH WAY
LYNNWOOD, WA 98087


LANE POWELL
1420 5TH AVE, STE 4200
SEATTLE, WA 98111


LIMANTZAKIS PROPERTIES
704 NE NORTHLAKE WAY, STE 100
SEATTLE, WA 98105


MUKILTEO RIDGEWOOD
7928 MUKILTEO SPEEDWAY #200
MUKILTEO, WA 98275

OCTIGON
PO BOX 12977
MILL CREEK, WA 98082


ROSEN PROPERTIES
PO BOX 5003
BELLEVUE, WA 98009


SHAWN ROTEN & BETH STEWART
9910 MARINE VIEW DR
MUKILTEO, WA 98275


TONNU PORTFOLIO, LLC
ATTN: VIEN BUI
15327 4TH AVE W
LYNNWOOD, WA 98087


US ICE/DHS
ATTN: TIFFANY TULL
OFFICE OF THE CHIEF COUNSEL
1000 2ND AVE, STE 2900
SEATTLE, WA 98104


WA DEPARTMENT OF REVENUE
2101 4TH AVE STE 1400
SEATTLE, WA 98121


WA DEPT OF LABOR & INDUSTRIES
BANKRUPTCY UNIT
PO BOX 44171
OLYMPIA, WA 98504


WA STATE TAX AGENCIES
OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY & COLLECTION UNIT
800 5TH AVE, STE 2000
SEATTLE, WA 98104

# United States Bankruptcy Court
## Western District of Washington

In re    __Lodge Holdings Company__ _____

                                      Debtor(s)

Case No. _____

Chapter    __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Lodge Holdings Company__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__November 18, 2016__ _____

Date

/s/ Larry Feinstein _____

**Larry Feinstein 6074**

Signature of Attorney or Litigant

Counsel for    **Lodge Holdings Company** _____

**Vortman & Feinstein**

**520 Pike Street, Suite 2250**

**Seattle, WA 98101**

**(206) 223-9595 Fax:(206) 386-5355**

**feinstein1947@gmail.com**