Judge Timothy W. Dore
Chapter 11
Hearing Date: December 23, 2016
Hearing Time: 9:30 a.m.
Hearing Location: Seattle
Response Due Date: December 16, 2016

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

| In re | NO. 16-15814 |
|---|---|
| LODGE HOLDINGS COMPANY, | STATE'S NOTICE OF MOTION AND HEARING |
| Debtor. | |

PLEASE TAKE NOTICE that the State's Motion to Appoint Chapter 11 Trustee or Dismiss for bad faith filing is SET FOR HEARING as follows:

JUDGE: Timothy W. Dore   DATE: December 23, 2016   TIME: 9:30 a.m.

PLACE: U.S. Courthouse, 700 Stewart Street, Courtroom 8106, Seattle WA 98101

IF YOU OPPOSE the Motion, you must file your written response with the Clerk's office of the bankruptcy court and deliver copies to the undersigned and the United States Trustee, NOT LATER THAN the RESPONSE DATE, which is December 16, 2016. If you file a response, you are also required to appear at the hearing.

IF NO RESPONSE IS TIMELY FILED AND SERVED, the Court may, in its discretion, GRANT THE MOTION PRIOR TO THE HEARING WITHOUT FURTHER NOTICE, and strike the hearing.

DATED this 23rd day of November, 2016.

ROBERT W. FERGUSON
Attorney General

/s/ Zachary Mosner

ZACHARY MOSNER, WSBA No. 9566
Assistant Attorney General

STATE'S NOTICE OF MOTION AND HEARING     1     OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
(206) 389-2187 phone – (206) 587-5150 fax

Case 16-15814-TWD    Doc 5-5    Filed 11/23/16    Ent. 11/23/16 11:58:41    Pg. 1 of 1