**Below is the Order of the Court.**



_____
**Timothy W. Dore
U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

Judge Timothy W. Dore
Chapter 11

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| In re | NO. 16-15814 |
| LODGE HOLDINGS COMPANY, | ORDER RE: STATE TAXES |
| Debtor. | |

THIS MATTER having come for hearing on the State of Washington, Department of Revenue's Motion for Turnover of Trust Funds, and the parties having agreed to the entry of this order, NOW, THEREFORE,

IT IS ORDERED:

1. The Debtor shall make payment of $25,554.01 on or before December 12, 2016. Said payment shall be by cashier's check and shall be sent to:
>Department of Revenue
>Attn: Doug Houghton
>2101 4th Ave Suite 1400
>Seattle, WA 98121-2300

Said funds shall be applied to the Debtor's October 2016 tax payment.

//

ORDER RE: STATE TAXES  1

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
(206) 389-2187 phone – (206) 587-5150 fax

Case 16-15814-TWD    Doc 37    Filed 12/11/16    Ent. 12/11/16 20:05:37    Pg. 1 of 2

2. The Debtor shall continue to make separate weekly tax deposits to the Department of Revenue for all business entities of Lodge Holding Company. The Debtor shall file tax returns as required on the 25th of each month for each of the respective business entities.

3. Debtor shall remain current in the payment of post-petition taxes to the Departments of Revenue, Labor & Industries, and Employment Security.

4. ~~The State of Washington may enter an Ex Parte Order of Dismissal or Conversion on five (5) business days' notice to Debtor's counsel if the Debtor fails to comply with any of the paragraphs above.~~

~~IT IS FURTHER ordered that the State of Washington is awarded damages, fees and costs consistent with this ruling.~~

///End of Order///

Presented by:

ROBERT W. FERGUSON
Attorney General

/s/ Donivan R. Irby, WSBA No. 19938 for:

ZACHARY MOSNER, WSBA No. 9566
Assistant Attornet General
for State of Washington

Approved for entry:

/s/ Larry Feinstein

LARRY FEINSTEIN, WSBA No. 6074
Attorney for Debtor

ORDER RE: STATE TAXES 2

OFFICE OF THE ATTORNEY GENERAL
Bankruptcy & Collections Unit
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104-3188
(206) 389-2187 phone – (206) 587-5150 fax

Case 16-15814-TWD    Doc 37    Filed 12/11/16    Ent. 12/11/16 20:05:37    Pg. 2 of 2