UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re<br><br>Lodge Holdings Company,<br><br>Mukilteo Lodge, LLC,<br>Kirkland Lodge, LLC,<br>Stadium Lodge, LLC,<br>Downtown Lodge, LLC,<br>Mill Creek Lodge, LLC,<br>Greenwood Lodge, LLC<br><br>                 Debtors. | Bankruptcy No. 16-15814-TWD<br>**(Lead Case)**<br><br>Bankruptcy No. 16-15849-TWD<br>Bankruptcy No. 16-15850-TWD<br>Bankruptcy No. 16-15851-TWD<br>Bankruptcy No. 16-15852-TWD<br>Bankruptcy No. 16-15853-TWD<br>Bankruptcy No. 16-15854-TWD<br>**(Jointly Administered Cases)**<br><br>EX PARTE MOTION FOR EMERGENCY ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL AND ADEQUATE PROTECTION PAYMENT AND SETTING FINAL HEARING |

COMES NOW THE DEBTOR(S), by and through their attorney, and moves the Court as follows:

The Debtors have an interim emergency agreement to use cash collateral of its primary secured creditor, CBC Partners I, LLC, via an "email exchange of counsel", but the parties want to formalize that agreement into a Stipulated Order for Interim Use of Cash Collateral, filed concurrently herein, which more clearly details the claim, their security interest, the payment agreements, replacement collateral, and that otherwise meets the requirements under Local Rule **Appendix A**.

MOTION FOR ORDER AUTHORIZING INTERIM USE OF
CASH COLLATERAL AND ADEQUATE PROTECTION
PAYMENT - 1

126390.0019/6826506.3

LARRY B FEINSTEIN
VORTMAN & FEINSTEIN
520 PIKE ST., STE 2250
SEATTLE, WA 98101
206.223.9595

Accordingly, the Debtor requests the court enter an ex parte emergency Order authorizing the immediate continued interim use of cash collateral and adequate protection payments, and set an first hearing on the matter on January 6, 2017 at 9:30, and then set a final hearing on use of cash collateral and adequate protection on the Court's regular motion calendar for February 3, 2017 at 9:30.  Notice of first hearing will be given to all parties in interest requesting special notice, taxing agencies, and as otherwise required by the Local Rules[1].

Presented by:

VORTMAN & FEINSTEIN


By /s/ Larry B Feinstein
   Larry Feinstein, WSBA #6074
Attorneys for Debtor-in-Possession

---

[1] For instance, American Express filed a UCC-1 Financing Statement that has been paid off and the Debtor is awaiting the UCC-Release. They will be given notice for "comfort order" purposes.

MOTION FOR ORDER AUTHORIZING INTERIM USE OF CASH COLLATERAL AND ADEQUATE PROTECTION PAYMENT - 2

126390.0019/6826506.3

LARRY B FEINSTEIN
VORTMAN & FEINSTEIN
520 PIKE ST., STE 2250
SEATTLE, WA  98101
206.223.9595