UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re | Bankruptcy No. 16-15814-TWD **(Lead Case)** |
| Lodge Holdings Company, | |
| Mukilteo Lodge, LLC, | Bankruptcy No. 16-15849-TWD |
| Kirkland Lodge, LLC, | Bankruptcy No. 16-15850-TWD |
| Stadium Lodge, LLC, | Bankruptcy No. 16-15851-TWD |
| Downtown Lodge, LLC, | Bankruptcy No. 16-15852-TWD |
| Mill Creek Lodge, LLC, | Bankruptcy No. 16-15853-TWD |
| Greenwood Lodge, LLC | Bankruptcy No. 16-15854-TWD **(Jointly Administered Cases)** |
| Debtors. | |

**EXHIBIT TO CASH COLLATERAL ORDER**

DEBTOR'S PROPOSED OPERATING BUDGET FOR INTERIM PERIOD UNTIL HEARING ON FINAL ORDER ON USE OF CASH COLLATERAL (INITIAL HEARING SET FOR JANUARY 6, 2017 AND FINAL HEARING SET FOR FEBRUARY 3, 2017), IS THE DEBTOR'S ACTUAL OPERATING STATEMENT FOR THE MONTH OF OCTOBER 2016, AND THAT THE INCOME AND EXPENSES AND OPERATING COSTS SHALL BE BUDGETED THE SAME AS OCTOBER



| | Oct-16 | Mukilteo | Kirkland | Stadium | Downtown | Mill Creek | Greenwood | Total | Areas To Cut |
|---|---|---|---|---|---|---|---|---|---|
| | | *1 month* | *1 month* | *1 month* | *1 month* | *1 month* | *1 month* | | |
| **SALES** | | 182,172.11 | 137,281.53 | 129,281.11 | 196,482.30 | 144,499.68 | 138,190.29 | 927,907.02 | |
| Food | | 91,795.66 50.4% | 71,754.59 52.3% | 66,709.05 51.6% | 94,004.04 47.8% | 71,440.39 49.4% | 67,819.35 49.1% | 463,523.08 50.0% | |
| Beer | | 46,469.64 25.5% | 34,218.82 24.9% | 34,518.06 26.7% | 57,625.61 29.3% | 37,646.07 26.1% | 42,319.54 30.6% | 252,797.74 27.2% | |
| Liquor | | 30,374.88 16.7% | 21,091.34 15.4% | 20,814.26 16.1% | 31,202.56 15.9% | 24,912.31 17.2% | 18,599.34 13.5% | 146,994.69 15.8% | |
| Wine | | 9,114.93 5.0% | 7,931.19 5.8% | 3,749.15 2.9% | 9,376.28 4.8% | 7,941.63 5.5% | 6,799.13 4.9% | 44,912.31 4.8% | |
| NA Beverage | | 4,302.95 2.4% | 2,340.35 1.7% | 3,361.31 2.6% | 4,197.38 2.1% | 2,536.47 1.8% | 2,607.31 1.9% | 19,345.77 2.1% | |
| **COST OF GOODS SOLD** | | | | | | | | | |
| Food/NA Bev | | 33,486.88 34.8% | 25,825.40 34.9% | 23,923.47 34.1% | 35,753.88 36.4% | 27,047.74 36.6% | 25,866.73 36.7% | 171,904.11 35.6% | |
| FSA | | 26,945.08 | 20,936.81 | 19,121.97 | 27,489.84 | 21,806.45 | 20,854.30 | 137,154.43 | |
| Charlie's Produce | | 6,142.84 | 4,533.04 | 4,389.09 | 7,411.31 | 4,867.04 | 4,654.53 | 31,997.85 | |
| Franz | | | | | | | | | |
| Whidbey Misc | | 398.96 | 355.56 | 412.41 | 852.73 | 374.25 | 357.91 | 2,751.82 | |
| Beer/Wine/Liquor | | 25,567.86 29.7% | 17,658.80 27.9% | 16,935.83 26.7% | 26,244.18 26.7% | 20,988.58 29.8% | 20,072.14 29.6% | 127,467.38 28.7% | |
| Columbia Youngs | | 16,034.79 | 10,969.07 | 10,603.64 | 15,962.26 | 13,585.86 | 12,992.65 | 80,148.27 | |
| ABSW/Crown | | 1,909.16 | 1,713.27 | 1,354.87 | 3,238.03 | 1,514.36 | 1,448.23 | 11,177.92 | |
| Odum/Click | | 3,087.82 | 2,519.12 | 2,062.03 | 3,055.30 | 2,449.27 | 2,342.33 | 15,515.86 | |
| SWS | | 3,269.99 | 1,503.23 | 1,932.75 | 2,623.04 | 2,593.77 | 2,480.52 | 14,403.30 | |
| Misc Brewers | | 1,266.10 | 954.11 | 982.54 | 1,365.55 | 845.32 | 808.41 | 6,222.03 | |
| *TOTAL COGS* | | 59,054.73 | 43,484.20 | 40,859.29 | 61,998.06 | 48,036.32 | 45,938.87 | 299,371.48 32.3% | |
| **Gross Profit** | | 123,117.38 | 93,797.33 | 88,421.82 | 134,484.24 | 96,463.36 | 92,251.42 | 628,535.54 | |
| **CONTROLLABLE EXPENSES** | | | | | | | | | |
| **Payroll Expenses** | | | | | | | | | |
| Tips | | 31,063.10 | 23,195.15 | 21,072.82 | 34,539.70 | 24,736.14 | 24,271.29 | 158,878.20 | |
| Employee Wages | | 55,139.49 | 43,762.61 | 48,568.07 | 58,095.49 | 43,592.37 | 44,452.78 | 293,610.81 31.6% | |
| Management Cost | | 7,833.40 | 5,903.11 | 5,559.09 | 8,448.74 | 6,213.49 | 5,942.18 | 39,900.00 4.3% | |
| Health Ins | | 1,266.10 | 1,365.95 | 1,286.35 | 1,955.00 | 1,437.77 | 1,374.99 | 8,686.16 | |
| *Total Payroll* | | 64,238.99 35.3% | 51,031.66 37.2% | 55,413.50 42.9% | 68,499.23 34.9% | 51,243.63 35.5% | 51,769.95 37.5% | 342,196.97 36.9% | **18,558.14** |
| **Prime Costs** | | 123,293.72 68% | 94,515.86 69% | 96,272.80 74% | 130,497.30 66% | 99,279.95 69% | 97,708.83 71% | 641,568.45 69.1% | |
| **Direct Operating Expense** | | | | | | | | | |
| Janitorial | | 1,532.07 | 1,415.37 | 1,345.82 | 1,632.77 | 1,764.34 | 1,687.30 | 9,377.67 | |
| Eduardo/Victor | | *1,532.07* | *1,415.37* | *1,345.82* | *1,632.77* | *1,764.34* | *1,687.30* | *9,377.67* | |
| Linen | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Office Supplies | | 697.72 | 498.33 | 624.43 | 752.53 | 697.93 | 667.46 | 3,938.40 | |
| Costco/Office Depot | | *697.72* | *498.33* | *624.43* | *752.53* | *697.93* | *667.46* | *3,938.40* | |
| Kitchen Supplies | | 682.42 | 789.37 | 847.70 | 859.73 | 818.74 | 782.99 | 4,780.93 | |
| Employee paid supplies | | *253.22* | *190.82* | *244.34* | *312.41* | *316.45* | *302.64* | *1,619.88* | |
| Bargreen | | *429.20* | *598.55* | *603.35* | *547.32* | *502.28* | *480.35* | *3,161.05* | |
| Restaurant Supplies | | 2,294.92 | 2,923.23 | 3,389.03 | 2,987.10 | 2,792.22 | 1,644.71 | 16,031.21 | |
| New C02 | | *272.00* | *272.00* | *272.00* | *272.00* | *272.00* | *272.00* | *1,632.00* | |
| Tapman Services | | *0.00* | *0.00* | *225.00* | *225.00* | *0.00* | *0.00* | *450.00* | |
| Aromark | | *1,894.92* | *2,523.23* | *2,764.03* | *2,362.10* | *2,392.22* | *1,244.71* | *13,181.21* | |
| Cintas Paper/Sam | | *128.00* | *128.00* | *128.00* | *128.00* | *128.00* | *128.00* | *768.00* | |
| Apparel | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| *Total Op Expense* | | 5,207.12 | 5,626.31 | 6,206.97 | 6,232.12 | 6,073.23 | 4,782.46 | 34,128.21 | |
| **Entertainment** | | | | | | | | | |
| TV Direct Comcast Wave | | 553.80 | 307.51 | 263.73 | 911.68 | 656.03 | 627.38 | 3,320.14 | |
| *Total Entertainment* | | 553.80 | 307.51 | 263.73 | 911.68 | 656.03 | 627.38 | 3,320.14 | |
| **Marking** | | | | | | | | | |
| Donations | | 516.06 | 495.00 | 400.00 | 1,000.00 | 0.00 | 0.00 | 2,411.06 | |
| Advertising | | 382.56 | 226.51 | 193.92 | 265.25 | 339.57 | 324.75 | 1,732.57 | |
| *Total Marketing* | | 898.62 | 721.51 | 593.92 | 1,265.25 | 339.57 | 324.75 | 4,143.63 | |
| **Utilities** | | | | | | | | | |
| PSE Gas Utilities | | 1,113.07 | 838.79 | 1,177.75 | 1,200.51 | 1,041.84 | 996.35 | 6,368.31 | |
| PUD Electric Utilities | | 881.71 | 431.06 | 361.99 | 1,147.46 | 1,132.88 | 1,083.41 | 5,038.51 | |
| *Total Utilities* | | 1,994.78 | 1,269.85 | 1,539.74 | 2,347.96 | 2,174.72 | 2,079.76 | 11,406.82 | |
| **Sales & Misc Tax** | | | | | | | | | |
| Tax Fed Pmt Plan | | | | | | | | | |
| Retail Sales Tax ex pmts | | | | | | | | | |
| *Total Tax* | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| **Administrative & General Expense** | | | | | | | | | |
| Credit Card Fee | | | | | | | | | |
| Hartland | | 17,391.97 | 3,496.56 | 3,292.79 | 5,004.40 | 3,680.41 | 3,519.71 | 36,385.84 | |
| Bank Service Charges | | | | | | | | | |

| | | | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| Misc fee Bank, Tax, etc | 6,540.00 | 7,650.00 | 7,770.00 | 9,990.00 | 6,270.00 | 5,460.00 | 43,680.00 | 35,000.00 |
| Accounting & Bookkeeping | | | | | | | | |
|   Danta/Scott/Danielle | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 800.00 | 4,800.00 | |
| Legal | | | | | | | | |
|   Foster Pepper/Coker | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 6,000.00 | |
| Licensing | | | | | | | | |
|   Misc License & Permits | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| Garbage | | 1,020.00 | 921.00 | 772.00 | | | 2,713.00 | |
| Misc | | | | | | | | |
|   Accent Table Lighting | 198.57 | 163.37 | 156.30 | 194.52 | 157.50 | 169.97 | 1,040.23 | |
|   Baker Commodities | | | | | | | | |
|   Nella Knife | 143.92 | 204.55 | 102.13 | 155.22 | 114.15 | 109.17 | 829.14 | |
|   RT Hood Fire Alarm | 450.00 | 375.00 | 0.00 | 235.00 | 100.00 | 100.00 | 1,260.00 | |
|   Window Cleaning | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 450.00 | 2,700.00 | |
|   Storage Rent | 235.00 | 235.00 | 235.00 | 235.00 | 235.00 | 235.00 | 1,410.00 | |
| Phone & Internet | | | | | | | | |
|   DMX | 24.95 | 24.95 | 24.95 | 24.95 | 24.95 | 24.95 | 149.70 | |
|   Comcast | 245.00 | 185.00 | 325.00 | 275.00 | 175.00 | 175.00 | 1,380.00 | |
| Equipment Lease | | | | | | | | |
|   Vend Leasing | 0.00 | 474.99 | 318.03 | 483.35 | 442.17 | 422.86 | 2,141.40 | |
|   Alpine | | | | | | | | |
|   Auto Chlor | 880.00 | 860.00 | 750.00 | 885.00 | 850.00 | 850.00 | 5,075.00 | |
| ***Total Administrative*** | *28,359.40* | *16,939.42* | *16,145.20* | *20,504.44* | *14,299.19* | *13,316.66* | *109,564.32* | |
| **Maintenance** | | | | | | | | |
| Repairs & Maintenance | | | | | | | | |
|   Misc Materials | 426.28 | 458.52 | 431.80 | 872.38 | 482.63 | 461.56 | 3,133.17 | |
|   Polar Mechanical | 358.88 | 229.26 | 254.68 | 1,251.59 | 1,339.51 | 1,281.02 | 4,714.95 | |
| Building Maintenance | | | | | | | | |
|   Jr/Ram/Diaz/Bob etc | 8,600.00 | 8,600.00 | 8,600.00 | 8,600.00 | 8,600.00 | 8,600.00 | 51,600.00 | 40,000.00 |
| ***Total Maintenance*** | *9,385.16* | *9,287.78* | *9,286.48* | *10,723.97* | *10,422.14* | *10,342.58* | *59,448.12* | |
| **Misc Expense / Construction Balance** | | | | | | | | |
| Payment Plans | | | | | | | | |
|   Construction Funds | 7,240.00 | 7,240.00 | 7,240.00 | 7,240.00 | 7,240.00 | 7,240.00 | 43,440.00 | 10,000.00 |
| Misc Maintenance | | | | | | | | |
|   Credit Cards | 224.07 | 295.16 | 159.02 | 294.72 | 322.23 | 308.16 | 1,603.36 | |
| ***Total Misc Lease etc*** | *7,464.07* | *7,535.16* | *7,399.02* | *7,534.72* | *7,562.23* | *7,548.16* | *45,043.36* | |
| **TOTAL CONTROLLABLES** | 118,101.96 | 92,719.21 | 96,848.57 | 118,019.38 | 92,770.75 | 90,791.71 | 609,251.57 | |
| **OCCUPANCY COSTS** | | | | | | | | |
| Lease/NNN | 17,139.00 | 8,449.00 | 10,349.83 | 12,046.42 | 7,562.12 | 12,350.50 | 67,896.87 | |
| **TOTAL OCCUPANCY** | *17,139.00* | *8,449.00* | *10,349.83* | *12,046.42* | *7,562.12* | *12,350.50* | *67,896.87* | |
| Total Operating Expenses | 194,295.69 | 144,652.40 | 148,057.69 | 192,063.87 | 148,369.18 | 149,081.09 | 976,519.93 | **103,558.14** |
| **Net Profit** | -12,123.58 | -7,370.87 | -18,776.58 | 4,418.43 | -3,869.50 | -10,890.80 | -48,612.91 | **54,945.23** |
| **Profit %** | -6.7% | -5.4% | -14.5% | 2.2% | -2.7% | -7.9% | -5.2% | **5.9%** |

Profit Without Construction