**Below is the Order of the Court.**



_____
**Timothy W. Dore
U.S. Bankruptcy Court**
(Dated as of Entered on Docket date above)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | | |
|---|---|---|
| In Re | ) | Bankruptcy No. 16-15814-TWD |
| | ) | **(Lead Case)** |
| Lodge Holdings Company, | ) | |
| | ) | Bankruptcy No. 16-15849-TWD |
| Mukilteo Lodge, LLC, | ) | Bankruptcy No. 16-15850-TWD |
| Kirkland Lodge, LLC, | ) | Bankruptcy No. 16-15851-TWD |
| Stadium Lodge, LLC, | ) | Bankruptcy No. 16-15852-TWD |
| Downtown Lodge, LLC, | ) | Bankruptcy No. 16-15853-TWD |
| Mill Creek Lodge, LLC, | ) | Bankruptcy No. 16-15854-TWD |
| Greenwood Lodge, LLC | ) | **(Jointly Administered Cases)** |
| | ) | |
| Debtors. | ) | ORDER GRANTING MOTION TO |
| | ) | SHORTEN TIME RE: STIPULATED |
| | ) | ORDER AUTHORIZING INTERIM USE |
| | ) | OF CASH COLLATERAL AND |
| | ) | ADEQUATE PROTECTION PAYMENT |

THIS MATTER having come before this Court upon the ex parte motion (the "Motion") of Lodge Holdings Company, Mukilteo Lodge, LLC, Kirkland Lodge, LLC, Stadium Lodge, LLC, Downtown Lodge, LLC, Mill Creek Lodge, LLC, and Greenwood Lodge, LLC ("Debtors"), the debtors-in-possession herein, for an Order Shortening Time for hearing on the Stipulated Order Authorizing Interim Use of Cash Collateral and Adequate Protection Payment; and the Court being advised in the premises; and time being of the essence, it is hereby

ORDER GRANTING MOTION TO
SHORTENT TIME- 1

LARRY B FEINSTEIN
VORTMAN & FEINSTEIN
520 PIKE ST., STE 2250
SEATTLE, WA 98101
206.223.9595

\*\*time is shortened such that a hearing on the Debtors' motion for interim approval of their use of cash collateral [Docket Nos. 47, 48, 49] ("Cash Collateral Motion")

1  ORDERED that ~~the hearing on the Debtors' Motion for Shortened Time for Emergency~~
2  ~~Order Authorizing Interim Use of Cash Collateral and Adequate Protection Payment is granted~~
3  ~~and the~~ \*\* shall be set for 9:30 a.m. on January 6, 2017; and deadline for objections to the
4  Cash Collateral Motion will be noon on January 4, 2017, ~~or the time of the hearing if this~~
5  ~~matter is set for hearing before January 6, 2017~~. The~~se~~ hearings will be held before the
6  Honorable Judge Dore, in Courtroom 8106, of the U.S. Courthouse, 700 Stewart
7  St, Seattle, WA 98101.  If no objection or response is filed by noon on January 4, 2017 ~~the response date~~, an Order
8  granting the requested relief may be entered ex parte without further notice or conducting the
9  hearing set forth above.

10  Debtors shall mail a copy of this Order and the Cash Collateral Motion to any entity
11  with an interest in the cash collateral, all secured lenders, all taxing agencies, ~~and any~~
12  ~~committee of unsecured creditors formed under 11 U.S.C. § 1102~~, and the creditors included
13  on the lists filed by the Debtors under Rule 1007(d), pursuant to Rule 4001(b)(1)(C).
14  Debtors shall file Proof of Service consistent therewith.       /// End of Order ///
15  Presented by:
16  VORTMAN & FEINSTEIN
17
18  /s/ Larry B Feinstein
    Larry Feinstein, WSBA #6074
19  Attorneys for Debtor-in-Possession

ORDER GRANTING MOTION TO
SHORTENT TIME- 2

LARRY B FEINSTEIN
VORTMAN & FEINSTEIN
520 PIKE ST., STE 2250
SEATTLE, WA  98101
206.223.9595

Case 16-15814-TWD    Doc 60    Filed 12/28/16    Ent. 12/28/16 08:04:42    Pg. 2 of 2