Entered on Docket January 6, 2017

**Below is the Order of the Court.**



_____
**Timothy W. Dore**
**U.S. Bankruptcy Court**
**(Dated as of Entered on Docket date above)**

_____

TIMOTHY W. DORE  Chapter 11
United States Bankruptcy Judge
700 Stewart Street, Room 8106
Seattle, WA 98101
(206) 370-5300

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re: | |
| Lodge Holdings Company, | Bankruptcy No. 16-15814-TWD **(Lead Case)** |
| Mukilteo Lodge, LLC, | Bankruptcy No. 16-15849-TWD |
| Kirkland Lodge, LLC, | Bankruptcy No. 16-15850-TWD |
| Stadium Lodge, LLC, | Bankruptcy No. 16-15851-TWD |
| Downtown Lodge, LLC, | Bankruptcy No. 16-15852-TWD |
| Mill Creek Lodge, LLC | Bankruptcy No. 16-15853-TWD |
| Greenwood Lodge, LLC | Bankruptcy No. 16-15854-TWD **(Jointly Administered Cases)** |
| Debtors. | **ORDER APPOINTING CHAPTER 11 TRUSTEE** |

THIS MATTER came before the Court on the Washington State Tax Agencies' motion to appoint a trustee or dismiss the case of Lodge Holdings Company [Docket No. 5] ("Motion"). On December 9,

ORDER APPOINTING CHAPTER 11 TRUSTEE - 1
Case 16-15814-TWD    Doc 71    Filed 01/06/17    Ent. 01/06/17 16:05:33    Pg. 1 of 2

2016, the Court entered an order approving the joint administration [Docket Nos. 30 to 35] of the Lodge Holdings Company bankruptcy case with the bankruptcy cases of Mukilteo Lodge, LLC, Kirkland Lodge, LLC, Stadium Lodge, LLC, Downtown Lodge, LLC, Mill Creek Lodge, LLC, and Greenwood Lodge, LLC ("Lodge Cases"). The Court has reviewed and considered the Motion, all evidence submitted in support of and in opposition to the Motion, the records and files in these cases and the oral argument held on January 6, 2017. At the conclusion of the hearing on the Motion, the Court gave an oral ruling, which constitutes the Court's findings of fact and conclusions of law pursuant to Federal Rule of Bankruptcy Procedure 7052 and Federal Rule of Civil Procedure 52(a).

Now, therefore, it is hereby ORDERED that the United States Trustee shall appoint a Chapter 11 trustee in the Lodge Cases.

/// End of Order ///