Honorable Timothy W. Dore
Chapter 11
*Ex Parte*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>Lodge Holdings Company,<br><br>Mukilteo Lodge, LLC<br>Kirkland Lodge, LLC<br>Stadium Lodge, LLC<br>Downtown Lodge, LLC<br>Mill Creek Lodge, LLC<br>Greenwood Lodge, LLC<br><br>Debtors. | Bankruptcy No. 16-15814-TWD<br>(Lead Case)<br><br>Bankruptcy No. 16-15849-TWD<br>Bankruptcy No. 16-15850-TWD<br>Bankruptcy No. 16-15851-TWD<br>Bankruptcy No. 16-15852-TWD<br>Bankruptcy No. 16-15853-TWD<br>Bankruptcy No. 16-15854-TWD<br>(Jointly Administered Cases)<br><br>*EX PARTE* APPLICATION FOR ORDER APPROVING APPOINTMENT OF CHAPTER 11 TRUSTEE |

The United States Trustee hereby applies pursuant to 11 U.S.C. § 1104(d) and Fed.R.Bankr.P. 2007.1 for an *ex parte* order approving the appointment of Sheena R. Aebig as chapter 11 trustee for the following chapter 11 bankruptcy estates: (i) Lodge Holdings Co, LLC, (ii) Mukilteo Lodge, LLC, (iii) Kirkland Lodge, LLC, (iv) Stadium Lodge, LLC, (v) Downtown Lodge, LLC, (vi) Mill Creek Lodge, LLC, and (vii) Greenwood Lodge, LLC (collectively, the "Debtors") whose cases are being jointly administered under the case of Lodge Holdigns Co,

EX PARTE APPLICATION FOR ORDER APPROVING
APPOINTMENT OF CHAPTER 11 TRUSTEE - 1

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA 98101-1271
206-553-2000, 206-553-2566 (fax)

Case 16-15814-TWD    Doc 74    Filed 01/10/17    Ent. 01/10/17 14:59:25    Pg. 1 of 2

LLC.  In support of this application, the United States Trustee respectfully states:

1. January 6, 2017, the Court entered an Order directing the appointment of a chapter 11 trustee over each of the Debtors' estates.  ECF No. 71.

2. The United States Trustee has appointed Sheena Aebig, a disinterested person, as the chapter 11 trustee.

3. In making the appointment, the United States Trustee consulted with the following parties in interest: counsel for the Debtor; counsel for CBC Partners I, LLC; counsel for the State of Washington, counsel for the United States, counsel for Vien Bui; and counsel for Executive Hotel Seattle.

4. To the best of the United States Trustee's knowledge, Sheena Aebig connections with the Debtors, creditors, and any other parties in interest, their respective attorneys and accountants, the United States Trustee, and persons employed in the Office of the United States Trustee are limited to the connections set forth in the attached Chapter 11 Trustee's Acceptance and Declaration which is being filed concurrently herewith.

WHEREFORE, the United States Trustee requests that the Court enter an Order approving the appointment of Sheena Aebig as chapter 11 trustee in this case.

Dated this 10th day of January 2017.

Respectfully submitted,

Gail Brehm Geiger
Acting U.S. Trustee for Region 18


  /s/ Kathryn Perkins
Kathryn Perkins, Cal Bar 240149
Attorney for the United States Trustee

EX PARTE APPLICATION FOR ORDER APPROVING
APPOINTMENT OF CHAPTER 11 TRUSTEE - 2

Office of the United States Trustee
700 Stewart Street, Suite 5103
Seattle, WA  98101-1271
206-553-2000, 206-553-2566 (fax)

Case 16-15814-TWD    Doc 74    Filed 01/10/17    Ent. 01/10/17 14:59:25    Pg. 2 of 2