UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In Re:<br><br>Lodge Holdings Company,<br><br>Mukilteo Lodge, LLC<br>Kirkland Lodge, LLC<br>Stadium Lodge, LLC<br>Downtown Lodge, LLC<br>Mill Creek Lodge, LLC<br>Greenwood Lodge, LLC<br><br>Debtors. | Bankruptcy No. 16-15814-TWD<br>*(Lead Case)*<br><br>Bankruptcy No. 16-15849-TWD<br>Bankruptcy No. 16-15850-TWD<br>Bankruptcy No. 16-15851-TWD<br>Bankruptcy No. 16-15852-TWD<br>Bankruptcy No. 16-15853-TWD<br>Bankruptcy No. 16-15854-TWD<br><br>*(Jointly Administered Cases)*<br><br>NOTICE OF APPEARANCE |

TO: Clerk of the Court

AND TO: Stadium Lodge LLC

YOU, AND EACH OF YOU, will please take notice that IC U.S.A. NO. 8 PROPERTY LIMITED PARTNERSHIP hereby enters its appearance herein by the undersigned attorneys of record, and you are notified that the service of all further pleadings, notices, documents or other papers herein, exclusive of process, may be had upon IC U.S.A. NO. 8 PROPERTY LIMITED PARTNERSHIP by serving the undersigned attorneys via CM/ECF:

NOTICE OF APPEARANCE - 1
CASE NO. 16-15851-TWD
#1075486 v1 / 42903-010

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

Case 16-15814-TWD    Doc 77    Filed 01/12/17    Ent. 01/12/17 11:22:57    Pg. 1 of 2

Mark A. Bailey, WSBA # 26337
Karr Tuttle Campbell
701 Fifth Avenue, Suite 3300
Seattle, Washington, 98104

Dated this 12th day of January 2017.

*[signature]*

Mark A. Bailey, WSBA # 26337
Karr Tuttle Campbell
701 Fifth Avenue, Suite 3300
Seattle, Washington, 98104

Attorneys for IC U.S.A. NO. 8 Property Limited Partnership

---

**CERTIFICATE OF SERVICE**

I, Marti J. Munhall, affirm and state that I am employed by Karr Tuttle Campbell in King County, in the State of Washington. I am over the age of 18 and not a party to the within action. My business address is: 701 Fifth Ave., Suite 3300, Seattle, WA 98101. On this day, I caused to be filed with the Court a true and correct copy of the foregoing NOTICE OF APPEARANCE by using the Court's electronic filing system, which caused service of the document to all parties who receive notifications through CM/ECF.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct, to the best of my knowledge.

Executed on this 12th day of January, 2017, at Seattle, Washington.

*[signature]*
Marti J. Munhall

NOTICE OF APPEARANCE - 2
CASE NO. 16-15851-TWD
#1075486 v1 / 42903-010

KARR TUTTLE CAMPBELL
701 Fifth Avenue, Suite 3300
Seattle, Washington 98104
Main: (206) 223 1313
Fax: (206) 682 7100

Case 16-15814-TWD    Doc 77    Filed 01/12/17    Ent. 01/12/17 11:22:57    Pg. 2 of 2